IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr219-MHT |
| DARRELL GAMBLE | ) | (WO) |

## OPINION

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today and after an independent and de novo review of the entire record, the court is of the opinion, for the reasons set forth in the recommendation, that the recommendation should be followed, defendant Darrell Gamble's motion for retroactive application of Sentencing Guidelines to crack cocaine offense (Doc. No. 42) granted, and the sentence for defendant Gamble reduced.

An appropriate judgment will be entered.

DONE, this the 4th day of October, 2012.

                                         /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE